TURNER v. GORTON.

LANDLORD AND TENANT—LEASE SUBJECT TO RIGHT TO SELL TER-
MINATED ON SALE.
   Where lease and right of renewal were made subject to land-
   lords' right to sell after one year, sale during the third year
   terminated the lease, and landlords are entitled to possession.

Error to Cass; Warner (Glenn E.), J.   Submitted
April 3, 1929.   (Docket No. 39, Calendar No. 34,201.)
Decided June 3, 1929.

Summary proceedings by William F. Turner and
another against Ray C. Gorton to recover posses-
sion of certain lands held under lease. From a judg-
ment for plaintiffs, defendant brings error. Af-
firmed.

*Asa K. Hayden,* for plaintiffs.

*Ulysses S. Eby,* for defendant.

SHARPE, J.   A lease of certain premises in the vil-
lage of Cassopolis by plaintiffs to defendant con-
tained the following provisions:

"The said tenant shall have the right and privi-
lege to lease the said property on the terms provided
herein for a further period of four years at the ex-
piration hereof, subject to the conditions herein
stated.   * * *
"This lease and renewals thereof is made subject
to the right of the landlords to sell such building
after one year from the date hereof."

During the third year the plaintiffs sold the premises and sought to terminate the lease. The trial court entered a judgment for restitution. Defendant seeks review by writ of error.

Defendant's right to possession and occupation of the premises was conditional on plaintiffs' making sale thereof, and terminated when such sale was made. *Wallace* v. *Bahlhorn,* 68 Mich. 87; *Harwood* v. *Williams,* 161 Mich. 368.

The judgment is affirmed.

NORTH, C. J., and FEAD, FELLOWS, WIEST, CLARK, McDONALD, and POTTER, JJ., concurred.